IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENAS ANDERSON, | No. 3:20-CV-02452 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Mehalchick) |
| KILOLO KIJAKAZI,[1] *Acting Commissioner of Social Security*, | |
| Defendant. | |

## ORDER

**MARCH 3, 2022**

Enas Anderson filed this action seeking review of a decision by the Acting Commissioner of Social Security ("Commissioner") denying Anderson's claim for social security disability benefits and supplemental security income.[2] On January 18, 2022, Chief Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court vacate the Commissioner's decision, remand this matter for further proceedings, and close this case.[3] No timely objections were filed to this Report and Recommendation.

---

[1]  Pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi, as the successor officer to Andrew Saul, Commissioner of Social Security, is automatically substituted as Defendant in this action.

[2]  Docs. 1, 15.

[3]  Doc. 18.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[4] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[5] Upon review of the record, the Court finds no clear error in Chief Magistrate Judge Mehalchick's conclusion that the Commissioner's decision is not supported by substantial evidence. Consequently, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 18) is **ADOPTED**;

2. The Commissioner's decision is **VACATED**, and this matter is **REMANDED** for further proceedings consistent with this Order and Chief Magistrate Judge Mehalchick's Report and Recommendation;

3. Final Judgment is entered in favor of Plaintiff and against Defendant pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g);

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

[5] 28 U.S.C. § 636(b)(1); Local Rule 72.31.